IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

   vs.                          : CRIMINAL NO: CR-1-02-106
                                   : MAGISTRATE JUDGE HOGAN

**LAWANDA A. IVORY,**

        **Defendant.**

### SATISFACTION OF CRIMINAL JUDGMENT

    The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                  Respectfully submitted,

                                  GREGORY G. LOCKHART
                                  United States Attorney

                                  s/ Deborah F. Sanders
                                  DEBORAH F. SANDERS (0043575)
                                  Assistant United States Attorney
                                  Southern District of Ohio
                                  303 Marconi Boulevard, Suite 200
                                  Columbus, Ohio 43215-2401
                                  (614) 469-5715

N:\_ECF Workload\DSanders\Ivory - Sat of Judg.wpd